| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Aksana M. Coone<br>Law Offices of Aksana M. Coone<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067, 310-556-9650<br>Charles D. Naylor<br>Law Offices of Charles D. Naylor<br>111 West Ocean Blvd., Suite 400<br>Long Beach, CA 90802<br>ATTORNEY(S) FOR: Plaintiff, SUSAN B. HODGE | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE<br><br>Plaintiff(s),<br>v.<br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1 -10,<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-00620<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff, SUSAN B. HODGE_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. SUSAN B. HODGE | 1. Plaintiff |
| 2. PRINCESS CRUISE LINES, LTD. | 2. Defendant |
| 3. SHEVAUN VAN ZYL M.D. | 3. Defendant |

| | |
|---|---|
| January 23, 2024<br>Date | /s/Aksana M. Coone<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff, SUSAN B. HODGE