| Attorney or Party Without Attorney (Name and Address)<br>CHARLES D. NAYLOR<br>CHARLES D. NAYLOR<br>111 W OCEAN BLVD.<br>SUITE 400<br>LONG BEACH CA 90802<br>310/514-1200<br>Attorney For (Name):   PLAINTIFF | Telephone No.<br>310/514-1200<br><br>Ref. No. or File No.<br><br>C87028/HODGE | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>WESTERN DIVISION | | |
| Short Title of Case:<br>HODGE VS PRINCESS CRUISE LINES, LTD. | | |

| Invoice No.:<br>876326 | Date: | Time: | Dep./Div.: | Case Number:<br>2:24-CV-00620-FLA(ASX) |
|---|---|---|---|---|

## PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:

    SUMMONS IN A CIVIL ACTION
    COMPLAINT
    CERTIFICATION AS TO INTERESTED PARTIES
    CIVIL CASE COVER SHEET
    NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
    NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
    NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED
    STATES MAGISTRATE JUDGE
    INITIAL STANDING ORDER

1. Name and title of person served:
    PRINCESS CRUISE LINES, LTD., BY SERVING THE AGENT
    FOR SERVICE OF PROCESS, CT CORPORATION SYSTEM
2. Person with whom left: JACQUELINE MEJIA
    TITLE: AUTHORIZED TO ACCEPT SERVICE
3. Date and time of delivery: 03/12/24 , 10:22 AM
5. Place of service:

        330 N. BRAND BLVD.
        SUITE #700
        GLENDALE CA 91203

        PERSONAL SERVICE
UPON A BUSINESS ENTITY (DOMESTIC OR FOREIGN CORPORATION OR PARTNERSHIP OR ASSOCIATION SUBJECT TO SUIT UNDER A COMMON NAME)

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 03/13/24                                            SIGNATURE

| Attorney or Party Without Attorney (Name and Address) CHARLES D. NAYLOR CHARLES D. NAYLOR 111 W OCEAN BLVD. SUITE 400 LONG BEACH CA 90802 310/514-1200 Attorney For (Name): PLAINTIFF | Telephone No. 310/514-1200 Ref. No. or File No. C87028/HODGE | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any. UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION | | |
| Short Title of Case: HODGE VS PRINCESS CRUISE LINES, LTD. | | |
| Invoice No.: 876326 | Date: | Time: | Dep./Div.: | Case Number: 2:24-CV-00620-FLA(ASX) |

```
by delivering a copy of the summons and complaint to an officer or
a managing or general agent. any other agent authorized by appointment
or by law to receive service of process(if the agent is authorized by
statute and the statute so requires, copies of the summons and complaint
must also be mailed to the defendant) [FRCP Rule 4(h)(1)(B)] AND
Pursuant to the law to the law of the state in which the district
court is located or of the state in which service is made
[FRCP Rule 4(h)(1)(A)] (CCP 416.10(b)]

I declare under the penalty of perjury that the foregoing is true
and correct
Executed at Signal Hill, State of California on 03/13/24

SERVED BY: PIERCE TAING   FEE FOR SERVICE: $147.20
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independent Contractor
(2) Registration No. 2017084744
(3) County: LOS ANGELES
(4) Expiration: 01/23/25

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE: 03/13/24                                                                 SIGNATURE