Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
MALTZMAN & PARTNERS, P.A.
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880
jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com
gab@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:24-CV-00620-FLA (ASx)<br><br>**NOTICE OF APPEARANCE OF GABRIELLE DE SANTIS NIELD**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar<br>Filed: 01/23/2024 |

Gabrielle DeSantis Nield, Esq. of the law firm of Maltzman & Partners, P.A., hereby files her Notice of Appearance as counsel for Defendant, PRINCESS CRUISE LINES, LTD., and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served on Ms. Nield.

DATED: April 2, 2024　　　　　　　　MALTZMAN & PARTNERS

　　　　　　　　　　　　　　　　By:　*s/ Gabrielle De Santis Nield*
　　　　　　　　　　　　　　　　　　Jeffrey B. Maltzman
　　　　　　　　　　　　　　　　　　Edgar R. Nield
　　　　　　　　　　　　　　　　　　Gabrielle De Santis Nield
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　*Princess Cruise Lines Ltd.*