# CERTIFICATE OF SERVICE

<u>HODGE v. PRINCESS CRUISE LINES LTD., et al.</u>
Case No. 2:24-CV-00620-FLA (ASx)
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 5857 Owens Avenue, Suite 300, Carlsbad, CA 92008.

On **APRIL 2, 2024**, I served the following document(s) described on the interested party(ies) in this action as follows: **NOTICE OF APPEARANCE OF GABRIELLE DE SANTIS NIELD**

| | |
|---|---|
| Charles D. Naylor<br>**LAW OFFICES OF CHARLES D. NAYLOR**<br>11 Golden Shore Drive, Suite 350<br>Long Beach, CA 90802<br>Email: cnaylor@naylorlaw.com<br><br>Aksana M. Coone<br>**LAW OFFICES OF AKSANA M. COONE**<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Email: aksana@coonelaw.com | *Attorneys for Plaintiffs,*<br>*Susan B. Hodge* |

☒ **BY ELECTRONIC CM/ECF SYSTEM:** I hereby certify that on **APRIL 2, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: **NOTICE OF APPEARANCE OF GABRIELLE DE SANTIS NIELD**

Participants in the case who are registered CM/ECF users will be served **NOTICE OF APPEARANCE OF GABRIELLE DE SANTIS NIELD** by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. On **APRIL 2, 2024**, I have mailed the foregoing documents by first class mail postage pre-paid or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the above-named non-CM/ECF participant(s).

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **APRIL 2, 2024** at Carlsbad, California.

*s/ Gabrielle De Santis Nield*
Gabrielle De Santis Nield