Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
MALTZMAN & PARTNERS, P.A.
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880
jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com
gab@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>            Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10,<br><br>            Defendants. | CASE NO.: 2:24-CV-00620-FLA (ASx)<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar<br>Filed: 01/23/2024 |

TO THE COURT TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Pursuant to *Federal Rules of Civil Procedure,* Rule 7.1, the undersigned, counsel of record for Defendant PRINCESS CRUISE LINES, LTD., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal:

Carnival Corporation.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: April 2, 2024 | MALTZMAN & PARTNERS |
| 2 | | By:   *s/ Edgar R. Nield* |
| 3 | | Jeffrey B. Maltzman |
| 4 | | Edgar R. Nield |
| | | Gabrielle De Santis Nield |
| 5 | | *Attorneys for Defendant,* |
| | | *Princess Cruise Lines Ltd.* |