Charles D. Naylor
**LAW OFFICES OF CHARLES D. NAYLOR**
11 Golden Shore Drive, Suite 350
Long Beach, CA 90802
Email: cnaylor@naylorlaw.com
Attorneys for PLAINTIFF

Aksana M. Coone
**LAW OFFICES OF AKSANA M. COONE**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Email: aksana@coonelaw.com
Attorneys for PLAINTIFF

Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
**MALTZMAN & PARTNERS, P.A.**
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880
jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com
gab@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>            Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10,<br><br>            Defendants. | CASE NO.: 2:24-CV-00620-FLA (ASx)<br><br>**JOINT STIPULATION TO CONTINUE THE COURT ORDERED PRE-TRIAL AND TRIAL DATES (ECF NO. 20)**<br><br>Trial Date: June 10, 2025<br>FPTC Date: May 23, 2025<br>Complaint filed: January 23, 2024<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar |

Plaintiff, SUSAN B. HODGE, and Defendant, PRINCESS CRUISE LINES, LTD., by and through their Counsel of Record, hereby submit the following

**MALTZMAN & PARTNERS**
5857 Owens Ave, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880

Stipulation and agree to Stipulate as follows:

1. **WHEREAS,** this action was filed on January 23, 2024;

2. **WHEREAS,** trial is currently set for June 10, 2025;

3. **WHERAS,** the final pre-trial conference is currently set for May 23, 2025;

4. **WHEREAS,** on May 2, 2024 the Court issued a Scheduling Order outlining case related dates (ECF No. 20);

5. **WHEREAS,** the Plaintiff and Princess Cruises are continuing to conduct discovery to date;

6. **WHEREAS,** the Parties have propounded written discovery, and the parties have encountered some obstacles in obtaining the plaintiff's out of state medical records;

7. **WHEREAS,** Plaintiff and Princess Cruises have not previously submitted a Stipulation to Continue Trial;

8. **WHEREAS**, the Parties have met and conferred and agree that GOOD CAUSE exists to continue the deadlines, including pre-trial and trial deadlines in order to avoid prejudice that the Parties will suffer given the upcoming holidays and due to the parties having encountered some obstacles in obtaining the plaintiff's out of state medical records which are needed prior to taking plaintiff's deposition and for defendants' expert review.

9. **WHEREAS**, this is the first request for extension of the pre-trial and trial dates;

10. **WHEREAS**, based on the foregoing, the Parties respectfully request that this Court continue the pre-trial and trial deadlines for 60 days, as set forth below:

| Matter | Court Order | Requested |
|---|---|---|
| Trial (Jury) | 6/10/25 at 8:15 a.m. Est. 4 days | 8/12/25 at 8:15 a.m. Est. 4 days |

MALTZMAN & PARTNERS
5857 OWENS AVE, SUITE 300
CARLSBAD, CA 92008
TELEPHONE: (760) 942-9880

| | | |
|---|---|---|
| Final Pre-Trial Conference [Fridays at 1:30 p.m.] | 5/23/25 at 1:30 p.m. | 7/25/25 at 1:30 p.m. |
| Last Day to Hear Motions to Add Parties and Amend Pleadings | 8/9/24 | --- |
| Fact Discovery Cut-Off [Friday] | 1/24/25 | 3/28/25 |
| Expert Disclosure (Initial) | 1/31/25 | 4/4/25 |
| Expert Disclosure (Rebuttal) | 2/14/25 | 4/18/25 |
| Expert Discovery Cut-Off | 2/28/25 | 5/2/25 |
| Last Day to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 3/28/25 | 5/30/25 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 4/18/25 Private Mediation | 6/20/25 Private Mediation |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 4/25/25 | 6/27/25 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions, if any | 5/9/25 | 7/11/25 |

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

THE PARTIES AGREE that GOOD CAUSE exists and the Parties request

MALTZMAN & PARTNERS

5857 Owens Ave, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880

that the Court continue the Pre-Trial and Trial deadlines as set forth above or to dates convenient to this Honorable Court.

**IT IS SO STIPULATED.**

DATED: November 26, 2024        LAW OFFICES OF CHARLES D. NAYLOR

By:    *s/ Charles D. Naylor*
       Charles D. Naylor
       *Attorneys for Plaintiff, Susan B. Hodge*

DATED: November 26, 2024        MALTZMAN & PARTNERS

By:    *s/ Edgar R. Nield*
       Jeffrey B. Maltzman
       Edgar R. Nield
       Gabrielle De Santis Nield
       *Attorneys for Defendant,*
       *Princess Cruise Lines Ltd.*

**FILER'S ATTESTATION**

The filing attorney attests that the filing attorney has obtained permission regarding the filing of this document from the signatories of this document. Further, the filing attorney hereby certifies that the content of this stipulation is acceptable to all parties required to sign this stipulation. All parties authorize the filing attorney to affix their CM/ECF electronic signatures to this stipulation.

DATED: November 26, 2024        MALTZMAN & PARTNERS

By:    *s/ Edgar R. Nield*
       Jeffrey B. Maltzman
       Edgar R. Nield
       Gabrielle De Santis Nield
       *Attorneys for Defendant,*
       *Princess Cruise Lines Ltd.*

MALTZMAN & PARTNERS
5857 OWENS AVE, SUITE 300
CARLSBAD, CA 92008
TELEPHONE: (760) 942-9880