# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SUSAN B. HODGE, | CASE NO.: 2:24-CV-00620-FLA (ASx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | Trial Date: June 10, 2025 |
| PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10, | FPTC Date: May 23, 2025<br>Complaint filed: January 23, 2024 |
| Defendants. | Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar |

The Court is in receipt of the Stipulation to Continue the Court Ordered Pre-Trial and Trial Dates (ECF No. 20).

**IT IS HEREBY ORDERED**:

The stipulation is granted. The pre-trial and trial dates are continued as set forth below:

| Matter | Prior Dates: | Continued to: |
|---|---|---|
| Trial (Jury) | 6/10/25 at 8:15 a.m. Est. 4 days | 8/12/25 at 8:15 a.m. Est. 4 days |

| | | |
|---|---|---|
| Final Pre-Trial Conference [Fridays at 1:30 p.m.] | 5/23/25 at 1:30 p.m. | 7/25/25 at 1:30 p.m. |
| Last Day to Hear Motions to Add Parties and Amend Pleadings | 8/9/24 | --- |
| Fact Discovery Cut-Off [Friday] | 1/24/25 | 3/28/25 |
| Expert Disclosure (Initial) | 1/31/25 | 4/4/25 |
| Expert Disclosure (Rebuttal) | 2/14/25 | 4/18/25 |
| Expert Discovery Cut-Off | 2/28/25 | 5/2/25 |
| Last Day to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 3/28/25 | 5/30/25 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 4/18/25 Private Mediation | 6/20/25 Private Mediation |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 4/25/25 | 6/27/25 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions, if any | 5/9/25 | 7/11/25 |

///

IT IS SO ORDERED.

DATED: November ___, 2024

_____
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE