UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>                        Plaintiff,<br>     v.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., and DOES 1-10,<br><br>                       Defendants. | Case No. 2:24-cv-00620-FLA (ASx)<br><br>**ORDER APPROVING AS MODIFIED STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 21]**<br><br>New Trial Date: August 11, 2025<br>New FPTC Date: July 15, 2025 |

On November 26, 2024, the parties filed a Stipulation to Continue Pretrial and Trial Dates (the "Stipulation"). Dkt. 21. The parties request the court pretrial and trial dates in this action for reasons including that they have encountered obstacles in obtaining Plaintiff's out-of-state medical records. *Id.* at 2.

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation as modified and CONTINUES pretrial and trial dates and deadlines to the following dates:

| Matter | New Date |
|---|---|
| Trial (Jury) | 8/11/25 at 8:15 a.m. |
| Final Pre-Trial Conference | 7/25/25 at 1:30 p.m. |
| Fact Discovery Cut-Off | 3/28/25 |
| Expert Disclosure (Initial) | 4/4/25 |
| Expert Disclosure (Rebuttal) | 4/18/25 |
| Expert Discovery Cut-Off | 5/2/25 |
| Last Day to Hear Motions | 5/30/25 |
| Deadline to Complete Settlement Conference | 6/20/25 |
| Trial Filings (first round) | 6/27/25 |
| Trial Filings (second round) | 7/11/25 |

IT IS SO ORDERED.

Dated: December 5, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge