Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
MALTZMAN & PARTNERS, P.A.
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880
jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com
gab@maltzmanpartners.com

Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:24-CV-00620-FLA (ASx)<br><br>**STIPULATION TO CONTINUE THE COURT ORDERED PRE-TRIAL AND TRIAL DATES (ECF NO. 22)**<br><br>Trial Date: August 11, 2025<br>FPTC Date: July 15, 2025<br>Complaint filed: January 23, 2024<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar |

　　　Plaintiff, SUSAN B. HODGE, and Defendant, PRINCESS CRUISE LINES, LTD., by and through their Counsel of Record, hereby submit the following second Stipulation and agree to Stipulate as follows:

1. **WHEREAS,** this action was filed on January 23, 2024;

2. **WHEREAS,** trial is currently set for August 11, 2025;

3. **WHERAS,** the final pre-trial conference is currently set for July 15, 2025;

4. **WHEREAS,** on December 5, 2024 the Court issued a modified Scheduling Order outlining case related dates (ECF No. 22);

5. **WHEREAS,** the Plaintiff and Princess Cruise Lines are continuing to conduct

discovery to date;

6. **WHEREAS,** the Parties have propounded and completed written discovery;

7. **WHEREAS,** Plaintiff and Princess Cruise Lines have previously submitted one Stipulation to Continue Trial;

8. **WHEREAS**, the Parties have met and conferred and agree that GOOD CAUSE exists to seek a short additional continuance of the pre-trial and trial deadlines. The parties have worked diligently to complete written discovery and recently completed the depositions of both Plaintiff and her husband on March 4, 2025. Subsequently and in an attempt to resolve this matter prior to expenditure of additional costs and attorney fees, particularly the expert witness costs related to the upcoming April 4, 2025 expert exchange including written expert reports pursuant to Fed.R.Civ.P., Rule 26(a)(2), the parties have agreed to private mediation and are in the process of scheduling the mediation. It is anticipated that the Mediation can be completed within the next 30-45 days.

9. **WHEREAS**, this is the second request for extension of the pre-trial and trial dates;

10. **WHEREAS**, based on the foregoing, the Parties respectfully request that this Court continue the pre-trial and trial deadlines for 60 days, as set forth below:

| Matter | Court Order | Requested |
|---|---|---|
| Trial (Jury) | 8/11/25 at 8:15 a.m. Est. 4 days | 10/10/25 at 8:15 a.m. Est. 4 days |
| Final Pre-Trial Conference [Fridays at 1:30 p.m.] | 7/15/25 at 1:30 p.m. | 9/12/25 at 1:30 p.m. |
| Last Day to Hear Motions to Add Parties and Amend Pleadings | 8/9/24 | --- |

| | | |
|---|---|---|
| Fact Discovery Cut-Off [Friday] | 3/28/25 | 5/27/25 |
| Expert Disclosure (Initial) | 4/4/25 | 6/3/25 |
| Expert Disclosure (Rebuttal) | 4/18/25 | 6/17/25 |
| Expert Discovery Cut-Off | 5/2/25 | 7/1/25 |
| Last Day to Hear Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 5/30/25 | 7/29/25 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 6/20/25 Private Mediation | 8/19/25 Private Mediation |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 6/27/25 | 8/26/25 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions, if any | 7/11/25 | 9/9/25 |

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

THE PARTIES AGREE that GOOD CAUSE exists and the Parties request that the Court continue the Pre-Trial and Trial deadlines as set forth above or to dates convenient to this Honorable Court.

**IT IS SO STIPULATED.**

DATED: March 13, 2025    LAW OFFICES OF AKSANA M. COONE

By: _s/ Aksana M. Coone_
Aksana M. Coone
*Attorneys for Plaintiff, Susan B. Hodge*

DATED: March 13, 2025    MALTZMAN & PARTNERS

By: _s/ Edgar R. Nield_
Jeffrey B. Maltzman
Edgar R. Nield
Gabrielle De Santis Nield
*Attorneys for Defendant,
Princess Cruise Lines Ltd.*

### FILER'S ATTESTATION

The filing attorney attests that the filing attorney has obtained permission regarding the filing of this document from the signatories of this document. Further, the filing attorney hereby certifies that the content of this stipulation is acceptable to all parties required to sign this stipulation. All parties authorize the filing attorney to affix their CM/ECF electronic signatures to this stipulation.

DATED: March 13, 2025    MALTZMAN & PARTNERS

By: _s/ Edgar R. Nield_
Jeffrey B. Maltzman
Edgar R. Nield
Gabrielle De Santis Nield
*Attorneys for Defendant,
Princess Cruise Lines Ltd.*

MALTZMAN & PARTNERS
5857 OWENS AVE, SUITE 300
CARLSBAD, CA 92008
TELEPHONE: (760) 942-9880