# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., SHEVAUN VAN ZYL, M.D., AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:24-CV-00620-FLA (ASx)<br><br>**[PROPOSED] ORDER**<br><br>Trial Date: August 11, 2025<br>FPTC Date: July 15, 2025<br>Complaint filed: January 23, 2024<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Magistrate: Hon. Alka Sagar |

The Court is in receipt of the Stipulation to Continue the Court Ordered Pre-Trial and Trial Dates (ECF No. 23).

**IT IS HEREBY ORDERED**:

The stipulation is granted. The pre-trial and trial dates are continued as set forth below:

| Matter | Court Order | Requested |
|---|---|---|
| Trial (Jury) | 8/11/25 at 8:15 a.m. Est. 4 days | 10/10/25 at 8:15 a.m. Est. 4 days |

| | | |
|---|---|---|
| Final Pre-Trial Conference [Fridays at 1:30 p.m.] | 7/15/25 at 1:30 p.m. | 9/12/25 at 1:30 p.m. |
| Last Day to Hear Motions to Add Parties and Amend Pleadings | 8/9/24 | --- |
| Fact Discovery Cut-Off [Friday] | 3/28/25 | 5/27/25 |
| Expert Disclosure (Initial) | 4/4/25 | 6/3/25 |
| Expert Disclosure (Rebuttal) | 4/18/25 | 6/17/25 |
| Expert Discovery Cut-Off | 5/2/25 | 7/1/25 |
| Last Day to <u>Hear</u> Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 5/30/25 | 7/29/25 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 6/20/25 Private Mediation | 8/19/25 Private Mediation |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement | 6/27/25 | 8/26/25 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions, if any | 7/11/25 | 9/9/25 |

/ / /

1   IT IS SO ORDERED.

2

3   DATED: March ___, 2025

4   _____
    HON. FERNANDO L. AENLLE-ROCHA
    UNITED STATES DISTRICT JUDGE