UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>              Plaintiff,<br><br>   v.<br><br>PRINCESS CRUISE LINES, LTD, *et al.*,<br><br>             Defendants. | Case No. 2:24-cv-00620-FLA (ASx)<br><br>**ORDER DENYING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKT. 23]** |

1

**ORDER**

On March 13, 2025, Plaintiff Susan B. Hodge ("Plaintiff") and Defendant Princess Cruise Lines, Ltd. ("Defendant") filed the subject Second Stipulation to Continue Pretrial and Trial Dates (the "Stipulation"). Dkt. 23. The parties request an extension of pretrial and trial dates by 60 days, on grounds including that they have agreed to and are in the process of scheduling private mediation, and wish to avoid incurring additional litigation expenses before the mediation occurs. *Id.* at 2.

To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown). The parties do not meet their burden here.

The parties' desire to avoid incurring additional litigation expenses prior to mediation is insufficient to establish good cause for the continuance requested. Accordingly, the parties' request for a continuance and the Stipulation are DENIED.

IT IS SO ORDERED.

Dated: March 19, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge