CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. OCEAN BLVD, Suite 400
Long Beach, California 90802
Telephone:    (310) 514-1200
Facsimile:    (310) 514-1837
E-Mail:        cnaylor@naylorlaw.com

In Association with:

Aksana M. Coone, State Bar No. 190125
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:    (310) 556-9650
Facsimile:    (310) 954-9008
E-mail:        Aksana@Coonelaw.com

Attorneys for Plaintiff, SUSAN B. HODGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>          Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>          Defendant. | CASE NO. 2:24-cv-00620-FLA (ASx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN by Plaintiff SUSAN B. HODGE that all the claims in this matter have settled.  There are, however, Medicare reimbursement issues that need to be resolved prior to the settlement being consummated.  The parties anticipate being able to file a Joint Stipulation for Dismissal within the next sixty (60) days.

1   Dated: July 18, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
AKSANA M. COONE


LAW OFFICES OF
CHARLES D. NAYLOR


By:    /s/Charles D. Naylor

Aksana M. Coone
Charles D. Naylor
Attorneys for Plaintiff,
SUSAN B. HODGE

2
NOTICE OF SETTLEMENT OF ENTIRE ACTION

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of NOTICE OF SETTLEMENT OF ENTIRE ACTION was duly served upon the following parties on 7/18/2025.

Nicholas S. Politis, Esq.
(nicholasp@fdw-law.com)
Flynn, Delich & Wise
One World Trade Center, Suite 1800
Long Beach, CA 90831
Attorney for Defendant, Princess Cruise Lines, Ltd.

☐ **(BY MAIL):** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Long Beach, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION):** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own knowledge and that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed this 18th day of July 2025 at Orange, California.

*/s/ Stacy Alenbaugh*
Stacy Alenbaugh