CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. OCEAN BLVD, Suite 400
Long Beach, California 90802
Telephone:   (310) 514-1200
Facsimile:   (310) 514-1837
E-Mail:      cnaylor@naylorlaw.com

In Association with:

Aksana M. Coone, State Bar No. 190125
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   (310) 556-9650
Facsimile:   (310) 954-9008
E-mail:      Aksana@Coonelaw.com

Attorneys for Plaintiff, SUSAN B. HODGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>         Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>         Defendant. | CASE NO. 2:24-cv-00620-FLA (ASx)<br><br>**NOTICE OF ERRATA RE NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN by Plaintiff SUSAN B. HODGE that Document No. 26 NOTICE OF SETTLEMENT OF ENTIRE ACTION was erroneously filed with an inaccurate and unnecessary Certificate of Service attached.  A corrected Notice of Settlement of Entire action will be filed forthwith.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2025 | LAW OFFICES OF |
| 2 | | AKSANA M. COONE |
| 3 | | |
| 4 | | LAW OFFICES OF |
| | | CHARLES D. NAYLOR |
| 5 | | |
| 6 | By: | */s/Charles D. Naylor* |
| 7 | | Aksana M. Coone |
| | | Charles D. Naylor |
| 8 | | Attorneys for Plaintiff, |
| | | SUSAN B. HODGE |

2
NOTICE OF ERRATA RE NOTICE OF SETTLEMENT OF ENTIRE ACTION