CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. OCEAN BLVD, Suite 400
Long Beach, California 90802
Telephone:  (310) 514-1200
Facsimile:  (310) 514-1837
E-Mail:     cnaylor@naylorlaw.com

In Association with:

Aksana M. Coone, State Bar No. 190125
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (310) 556-9650
Facsimile:  (310) 954-9008
E-mail:     Aksana@Coonelaw.com

Attorneys for Plaintiff, SUSAN B. HODGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>             Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>             Defendant. | CASE NO. 2:24-cv-00620-FLA (ASx)<br><br>**CORRECTED NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN by Plaintiff SUSAN B. HODGE that all the claims in this matter have settled.  There are, however, Medicare reimbursement issues that need to be resolved prior to the settlement being consummated.  The parties anticipate being able to file a Joint Stipulation for Dismissal within the next sixty (60) days.

Dated: July 18, 2025

LAW OFFICES OF
AKSANA M. COONE

LAW OFFICES OF
CHARLES D. NAYLOR

By: */s/Charles D. Naylor*
Aksana M. Coone
Charles D. Naylor
Attorneys for Plaintiff,
SUSAN B. HODGE

2
CORRECTED NOTICE OF SETTLEMENT OF ENTIRE ACTION