CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. OCEAN BLVD, Suite 400
Long Beach, California 90802
Telephone:  (310) 514-1200
Facsimile:   (310) 514-1837
E-Mail:       cnaylor@naylorlaw.com

In Association with:

Aksana M. Coone, State Bar No. 190125
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (310) 556-9650
Facsimile:   (310) 954-9008
E-mail:       Aksana@Coonelaw.com

Attorneys for Plaintiff, SUSAN B. HODGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　　Defendant. | CASE NO. 2:24-cv-00620-FLA (ASx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT AND STIPULATION REQUESTING THE COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL 30-DAY PERIOD** |

TO THE HONORABLE COURT:

Plaintiff SUSAN B. HODGE ("Plaintiff") and Defendant PRINCESS CRUISE LINES, LTD. ("Princess") respectfully submit the following status report and joint stipulation:

WHEREAS, the parties reached a settlement of the entire action and notified the Court of the settlement on July 21, 2025 (Dkt. 29);

1

JOINT STATUS REPORT RE SETTLEMENT AND STIPULATION REQUESTING THE COURT TO RETAIN JURISDICTION FOR AN ADDITIONAL 30-DAY PERIOD

WHEREAS, upon receipt of the notice of settlement, the Court dismissed the action without prejudice and retained jurisdiction for 60 days from the date of the dismissal order, i.e., from July 21, 2025 to September 21, 2025 (Dkt. 32);

WHEREAS, due to the complexity of the medical issues involved, Plaintiff was required to retain a third-party to address Medicare reimbursement matters, which have only recently been resolved;

WHEREAS, on September 2, 2025, Plaintiff notified Princess that it may proceed with issuing the settlement payment, and it is anticipated that the funds will be issued and received by Plaintiff's counsel within the next 30 days;

NOW THEREFORE, the parties jointly stipulate and respectfully request that the Court retain jurisdiction over this matter for an additional 30 days, through and including October 21, 2025, to allow sufficient time for completion of the settlement process.

Respectfully submitted,

Dated: September 3, 2025             LAW OFFICES OF
                                     AKSANA M. COONE

                                     LAW OFFICES OF
                                     CHARLES D. NAYLOR

                            By:      /s/Aksana M. Coone
                                     Aksana M. Coone
                                     Charles D. Naylor
                                     Attorneys for Plaintiff,
                                     Susan B. Hodge

Dated: September 3, 2025             MALTZMAN & PARTNERS

                            By:      /s/Gabrielle De Santis Nield
                                     Jeffrey B. Maltzman
                                     Edgar R. Nield
                                     Gabrielle De Santis Nield
                                     Attorneys for Defendant,
                                     Princess Cruise Lines Ltd.

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Aksana Coone, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s Aksana M. Coone*
Aksana M. Coone
Attorney for Plaintiff
Susan B. Hodge