CHARLES D. NAYLOR, State Bar No. 62243
LAW OFFICES OF CHARLES D. NAYLOR
A Professional Corporation
111 W. OCEAN BLVD, Suite 400
Long Beach, California 90802
Telephone: (310) 514-1200
Facsimile: (310) 514-1837
E-Mail: cnaylor@naylorlaw.com

In Association with:

Aksana M. Coone, State Bar No. 190125
LAW OFFICES OF AKSANA M. COONE
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9650
Facsimile: (310) 954-9008
E-mail: Aksana@Coonelaw.com

Attorneys for Plaintiff, SUSAN B. HODGE

Jeffrey B. Maltzman, CA Bar No. 131758
Edgar R. Nield, CA Bar No. 135018
Gabrielle De Santis Nield, CA Bar No. 110930
**MALTZMAN & PARTNERS, P.A.**
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008
Telephone: (760) 942-9880
jeffreym@maltzmanpartners.com
ed@maltzmanpartners.com
gab@maltzmanpartners.com
Attorneys for Defendant, PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>             Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>             Defendant. | CASE NO. 2:24-cv-00620-FLA-AS<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Filed: 04/03/2024<br>Judge: Hon. Fernando L. Anelle-Rocha<br>Magistrate: Hon. Alka Sagar |

///

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Susan B. Hodge and Defendant Princess Cruise Lines, Ltd., through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;
2. Each party is to bear its own fees and costs;
3. The attached order shall be entered.

**IT IS SO STIPULATED.**

Dated: September 15, 2025

LAW OFFICES OF
AKSANA M. COONE

LAW OFFICES OF
CHARLES D. NAYLOR

By:  /s/ *Aksana M. Coone*
Aksana M. Coone
Charles D. Naylor
Attorneys for Plaintiff,
SUSAN B. HODGE

DATED: September 15, 2025

**MALTZMAN & PARTNERS**

By:  /s/ *Gabrielle De Santis Nield*
Jeffrey B. Maltzman
Edgar R. Nield
Gabrielle De Santis Nield
*Attorneys for Defendant,*
*Princess Cruise Lines Ltd.*

# CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 15, 2025

LAW OFFICES OF
AKSANA M. COONE

LAW OFFICES OF
CHARLES D. NAYLOR

By: */s Aksana M. Coone*
Aksana M. Coone
Charles D. Naylor
Attorneys for Plaintiff,
SUSAN B. HODGE