UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HODGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>　　　　Defendant. | CASE NO. 2:24-cv-00620-FLA-AS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br><br>Filed:  04/03/2024<br>Judge: Hon. Fernando L. Anelle-Rocha<br>Magistrate: Hon. Alka Sagar |

## <u>ORDER</u>

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1.　　All of claims in the above-entitled action are dismissed in their entirety with prejudice; and

2.　　Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: _____　　　_____

　　　　　　　　　　　　　　　　　Honorable Fernando L. Anelle-Rocha
　　　　　　　　　　　　　　　　　United States District Judge